Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30066−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria M Fairelough
  1403 Wayne Circle
  Stewartsville, NJ 08886

Social Security No.:
  xxx−xx−6252

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/24/2018 and a confirmation hearing on such Plan has been scheduled for 12/19/2018 at 10:00 AM.

The debtor filed a Modified Plan on 12/4/2018 and a confirmation hearing on the Modified Plan is scheduled for 2/6/2019 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 4, 2018
JAN: gan

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey

In re:                                                            Case No. 18-30066-CMG
     Maria M Fairelough                                           Chapter 13
                 Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 3                  Date Rcvd: Dec 04, 2018
                               Form ID: 186                Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Maria M Fairelough,    1403 Wayne Circle,    Stewartsville, NJ 08886-2623
517802916      +ACCESS RECEIVABLES,    200 E JOPPA RD STE 310,    TOWSON, MD 21286-3108
517802917      +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
517802926      +CAPITAL BANK,    1 CHURCH ST,    ROCKVILLE, MD 20850-4190
517885904      +Deutsche Bank National Trust Company,     1661 Worthington Road,,    Suite 100,,
                 West Palm Beach,,    FL 33409-6493
517802932      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802946      +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517904250      +Greenwich Chase Homeowners Assoc, Inc.,     c/o Integra Management Corp,
                 200 Valley Road, Suite 203,    Mt. Arlington, NJ 07856-1320
517904251      +Lee County Tax Collector,     PO Box 1609,   Fort Myers, FL 33902-1609
517802968      +OMEGA RMS,    7505 W TIFFANY SPRINGS PARKWAY,    KANSAS CITY, MO 64153-1313
517888832       Ocwen Loan Servicing, LLC,     Attn: Bankruptcy Dept.,    PO Box 24605,
                 West Palm Beach, FL 33416-4605
517802970      +THOUSND TRLS,    5401 N PIMA RD STE 150,    SCOTTSDALE, AZ 85250-2630
517802971     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: TOYOTA MOTOR CREDIT CO,     90 CRYSTAL RUN RD STE 31,
                 MIDDLETOWN, NY 10941)
517886694      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
517802972      +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2018 00:16:57      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2018 00:16:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcynotice@franklincredit.com Dec 05 2018 00:16:26
                 DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    RAS CITRON, LLC,
                 130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
517802920       E-mail/Text: ebn@americollect.com Dec 05 2018 00:17:02      AMERICOLLECT INC,
                 1851 S ALVERNO ROAD,    MANITOWOC, WI 54221
517802925      +E-mail/Text: bnc-applied@quantum3group.com Dec 05 2018 00:17:14      APPLIED BANK,
                 PO BOX 17125,    WILMINGTON, DE 19850-7125
517802927       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2018 00:20:03      CAPITAL ONE,
                 15000 CAPITAL ONE DR,    RICHMOND, VA 23238
517802928      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 05 2018 00:16:45      COMENITYCAPITAL/TOYOTA,
                 PO BOX 182120,    COLUMBUS, OH 43218-2120
517802929      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 05 2018 00:19:41      CREDIT ONE BANK NA,
                 PO BOX 98875,    LAS VEGAS, NV 89193-8875
517855531       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 05 2018 00:20:02
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517840466      +E-mail/Text: bankruptcynotice@franklincredit.com Dec 05 2018 00:16:26
                 DEUTSCHE BANK NATIONAL TRUST COMPANY,    RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517802930      +E-mail/Text: mrdiscen@discover.com Dec 05 2018 00:16:07      DISCOVER FIN SVCS LLC,
                 PO BOX 15316,    WILMINGTON, DE 19850-5316
517814863       E-mail/Text: mrdiscen@discover.com Dec 05 2018 00:16:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517802948      +E-mail/Text: bankruptcy@flagshipcredit.com Dec 05 2018 00:17:05      FLAGSHIP CREDIT ACCEPT,
                 3 CHRISTY DR STE 201,    CHADDS FORD, PA 19317-9670
517868544       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2018 00:17:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517802949      +E-mail/PDF: pa_dc_claims@navient.com Dec 05 2018 00:20:32      NAVIENT,   PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
517802958      +E-mail/PDF: pa_dc_claims@navient.com Dec 05 2018 00:20:30      NAVIENT SOLUTIONS INC,
                 11100 USA PKWY,    FISHERS, IN 46037-9203
517819681      +E-mail/PDF: pa_dc_claims@navient.com Dec 05 2018 00:20:31      Navient Solutions, LLC..,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
517802966      +Fax: 407-737-5634 Dec 05 2018 00:48:49      OCWEN LOAN SERVICING L,    1661 WORTHINGTON RD,
                 WEST PALM BEACH, FL 33409-6493
517864162      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 05 2018 00:17:08      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517875100       E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2018 00:16:50
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
517802969      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2018 03:52:09      SYNCB/OLD NAVY,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
517821403      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2018 00:20:09      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517802973      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 05 2018 00:17:26      WEBBANK/FINGERHUT,
                 6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 23
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Dec 04, 2018
                                  Form ID: 186             Total Noticed: 38


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517802912*      +AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,    KENNESAW, GA 30144-3672
517802913*      +AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,    KENNESAW, GA 30144-3672
517802914*      +AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,    KENNESAW, GA 30144-3672
517802915*      +AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,    KENNESAW, GA 30144-3672
517802918*      +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
517802919*      +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
517802921*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court:   AMERICOLLECT INC,     1851 S ALVERNO ROAD,    MANITOWOC, WI 54221)
517802922*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court:   AMERICOLLECT INC,     1851 S ALVERNO ROAD,    MANITOWOC, WI 54221)
517802923*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court:   AMERICOLLECT INC,     1851 S ALVERNO ROAD,    MANITOWOC, WI 54221)
517802924*     ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                 (address filed with court:   AMERICOLLECT INC,     1851 S ALVERNO ROAD,    MANITOWOC, WI 54221)
517802931*      +DISCOVER FIN SVCS LLC,    PO BOX 15316,    WILMINGTON, DE 19850-5316
517802933*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802934*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802935*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802936*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802937*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802938*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802939*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802941*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802943*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802945*      +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517802940*      +FED LOAN SERV,    POB 60610,    HARRISBURG, PA 17106-0610
517802942*      +FED LOAN SERV,    POB 60610,    HARRISBURG, PA 17106-0610
517802944*      +FED LOAN SERV,    POB 60610,    HARRISBURG, PA 17106-0610
517802947*      +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
517802950*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802951*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802952*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802953*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802954*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802955*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802956*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802957*      +NAVIENT,    PO BOX 9500,    WILKES BARRE, PA 18773-9500
517802959*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802960*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802961*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802962*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802963*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802964*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802965*      +NAVIENT SOLUTIONS INC,    11100 USA PKWY,    FISHERS, IN 46037-9203
517802967*      +OCWEN LOAN SERVICING L,    1661 WORTHINGTON RD,    WEST PALM BEACH, FL 33409-6493
517802911      ##+AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,    KENNESAW, GA 30144-3672
                                                                              TOTALS: 0, * 41, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 3 of 3           Date Rcvd: Dec 04, 2018
                              Form ID: 186              Total Noticed: 38
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE
               PASS THROUGH CERTIFICATES, SERIES 2007-NC4 ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH
               CERTIFICATES, SERIES 2007-NC4 bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Maria M Fairelough rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```