Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30066−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria M Fairelough
   1403 Wayne Circle
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−6252

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/17/19 at 09:00 AM

to consider and act upon the following:

35 – NOTICE OF REQUEST FOR LOSS MITIGATION BY THE DEBTOR. Filed by Russell L. Low on behalf of Maria M Fairelough. Objection deadline is 3/18/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell) INCORRECT EVENT CODE USED, filed by RUSSELL LOW. IN THE FUTURE, PLEASE USE THE CORRECT EVENT CODE WHEN FILING Modified on 3/18/2019 (Jackson, Bruce).

Dated: 3/18/19

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court