Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30066−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria M Fairelough
   1403 Wayne Circle
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−6252

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/17/19 at 09:00 AM

to consider and act upon the following:

*35* − NOTICE OF REQUEST FOR LOSS MITIGATION BY THE DEBTOR. Filed by Russell L. Low on behalf of Maria M Fairelough. Objection deadline is 3/18/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell) INCORRECT EVENT CODE USED, filed by RUSSELL LOW. IN THE FUTURE, PLEASE USE THE CORRECT EVENT CODE WHEN FILING Modified on 3/18/2019 (Jackson, Bruce).

Dated: 3/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Maria M Fairelough  
    Debtor

Case No. 18-30066-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 18, 2019  
                       Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
```
db             +Maria M Fairelough,    1403 Wayne Circle,    Stewartsville, NJ 08886-2623
aty            +Robertson, Anschutz, & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave.,
                 Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
lm             +Fax: 407-737-5634 Mar 19 2019 01:52:17      OCWEN LOAN SERVICING,    1661 WORTHINGTON RD,
                 WEST PALM BEACH, FL 33409-6493
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE
               PASS THROUGH CERTIFICATES, SERIES 2007-NC4 ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH
               CERTIFICATES, SERIES 2007-NC4 bkyefile@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Maria M Fairelough rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi   Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE
               REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH
               CERTIFICATES, SERIES 2007-NC4 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```