Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30066−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria M Fairelough
   1403 Wayne Circle
   Stewartsville, NJ 08886

Social Security No.:
   xxx−xx−6252

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/25/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 25, 2019
JAN: bwj

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30066-CMG
Maria M Fairelough                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Mar 25, 2019
                              Form ID: 148             Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
```
db              +Maria M Fairelough,    1403 Wayne Circle,    Stewartsville, NJ 08886-2623
aty             +Robertson, Anschutz, & Schneid, P.L.,    Bankruptcy Department,    6409 Congress Ave.,
                  Suite 100,    Boca Raton, FL 33487-2853
517802916       +ACCESS RECEIVABLES,    200 E JOPPA RD STE 310,    TOWSON, MD 21286-3108
517802917       +AES/KEYBANK,    POB 61047,    HARRISBURG, PA 17106-1047
517914279       +Aberon Fund 1 LLC,    1338 Foothill Drive #129,    Salt Lake City UT 84108-2321
517802926       +CAPITAL BANK,    1 CHURCH ST,    ROCKVILLE, MD 20850-4190
517914277       +Cape Coral Tax Collector's Office,    PO Box 1609,    Fort Myers, FL 33902-1609
517885904       +Deutsche Bank National Trust Company,    1661 Worthington Road,,    Suite 100,,
                  West Palm Beach,,    FL 33409-6493
517802932       +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
517904250       +Greenwich Chase Homeowners Assoc, Inc.,    c/o Integra Management Corp,
                  200 Valley Road, Suite 203,    Mt. Arlington, NJ 07856-1320
517904251       +Lee County Tax Collector,    PO Box 1609,    Fort Myers, FL 33902-1609
517918706        Lee County Tax Collector,    C/O Legal Department,    PO Box 850,    Fort Myers FL 33902-0850
517802968       +OMEGA RMS,    7505 W TIFFANY SPRINGS PARKWAY,    KANSAS CITY, MO 64153-1313
517888832        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    PO Box 24605,
                  West Palm Beach, FL 33416-4605
517802970       +THOUSND TRLS,    5401 N PIMA RD STE 150,    SCOTTSDALE, AZ 85250-2630
517802971       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: TOYOTA MOTOR CREDIT CO,    90 CRYSTAL RUN RD STE 31,
                  MIDDLETOWN, NY 10941)
517886694       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518125344        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
517802972       +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 26 2019 00:12:31     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 26 2019 00:12:28     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: bankruptcynotice@franklincredit.com Mar 26 2019 00:12:02
                  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    RAS CITRON, LLC,
                  130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
lm              +Fax: 407-737-5634 Mar 26 2019 00:44:32     OCWEN LOAN SERVICING,    1661 WORTHINGTON RD,
                  WEST PALM BEACH, FL 33409-6493
517802911       +EDI: AAEO.COM Mar 26 2019 03:48:00     AARON SALES & LEASE OW,    1015 COBB PLACE BLVD NW,
                  KENNESAW, GA 30144-3672
517802920        E-mail/Text: ebn@americollect.com Mar 26 2019 00:12:40     AMERICOLLECT INC,
                  1851 S ALVERNO ROAD,    MANITOWOC, WI 54221
517802925       +EDI: APPLIEDBANK.COM Mar 26 2019 03:48:00     APPLIED BANK,    PO BOX 17125,
                  WILMINGTON, DE 19850-7125
517916944       +EDI: CINGMIDLAND.COM Mar 26 2019 03:48:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                  KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517802927        EDI: CAPITALONE.COM Mar 26 2019 03:48:00     CAPITAL ONE,    15000 CAPITAL ONE DR,
                  RICHMOND, VA 23238
517802928       +EDI: WFNNB.COM Mar 26 2019 03:48:00     COMENITYCAPITAL/TOYOTA,    PO BOX 182120,
                  COLUMBUS, OH 43218-2120
517802929       +EDI: RCSFNBMARIN.COM Mar 26 2019 03:48:00     CREDIT ONE BANK NA,    PO BOX 98875,
                  LAS VEGAS, NV 89193-8875
517855531        EDI: CAPITALONE.COM Mar 26 2019 03:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC 28272-1083
517840466       +E-mail/Text: bankruptcynotice@franklincredit.com Mar 26 2019 00:12:02
                  DEUTSCHE BANK NATIONAL TRUST COMPANY,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
517802930       +EDI: DISCOVER.COM Mar 26 2019 03:48:00     DISCOVER FIN SVCS LLC,    PO BOX 15316,
                  WILMINGTON, DE 19850-5316
517814863        EDI: DISCOVER.COM Mar 26 2019 03:48:00     Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
517802946       +EDI: AMINFOFP.COM Mar 26 2019 03:48:00     FIRST PREMIER BANK,    601 S MINNESOTA AVE,
                  SIOUX FALLS, SD 57104-4868
517802948       +E-mail/Text: bankruptcy@flagshipcredit.com Mar 26 2019 00:12:47     FLAGSHIP CREDIT ACCEPT,
                  3 CHRISTY DR STE 201,    CHADDS FORD, PA 19317-9670
517868544        EDI: JEFFERSONCAP.COM Mar 26 2019 03:48:00     Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
517920485        EDI: RESURGENT.COM Mar 26 2019 03:48:00     LVNV Funding, LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
517914280       +E-mail/Text: jghoward51@gmail.com Mar 26 2019 00:12:35     MORNING STAR ONE LLC,
                  623 SW 53rd Terrace,    Cape Coral FL 33914-6549
517802949       +EDI: NAVIENTFKASMSERV.COM Mar 26 2019 03:48:00     NAVIENT,    PO BOX 9500,
                  WILKES BARRE, PA 18773-9500
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Mar 25, 2019
                              Form ID: 148             Total Noticed: 50

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517802958      +EDI: NAVIENTFKASMSERV.COM Mar 26 2019 03:48:00     NAVIENT SOLUTIONS INC,   11100 USA PKWY,
                 FISHERS, IN 46037-9203
517819681      +EDI: NAVIENTFKASMSERV.COM Mar 26 2019 03:48:00     Navient Solutions, LLC..,   220 Lasley Ave,
                 Wilkes-Barre, PA 18706-1430
517802966      +Fax: 407-737-5634 Mar 26 2019 00:44:32     OCWEN LOAN SERVICING L,   1661 WORTHINGTON RD,
                 WEST PALM BEACH, FL 33409-6493
517926732       EDI: PRA.COM Mar 26 2019 03:48:00     Portfolio Recovery Associates, LLC,   c/o Old Navy,
                 POB 41067,   Norfolk VA 23541
517926729       EDI: PRA.COM Mar 26 2019 03:48:00     Portfolio Recovery Associates, LLC,   c/o Toyota,
                 POB 41067,   Norfolk VA 23541
517864162      +EDI: JEFFERSONCAP.COM Mar 26 2019 03:48:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517875100       EDI: Q3G.COM Mar 26 2019 03:48:00     Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
517802969      +EDI: RMSC.COM Mar 26 2019 03:48:00     SYNCB/OLD NAVY,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
517821403      +EDI: AIS.COM Mar 26 2019 03:48:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517802973      +EDI: BLUESTEM Mar 26 2019 03:48:00     WEBBANK/FINGERHUT,   6250 RIDGEWOOD RD,
                 SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517802914*     +AARON SALES & LEASE OW,   1015 COBB PLACE BLVD NW,   KENNESAW, GA 30144-3672
517802915*     +AARON SALES & LEASE OW,   1015 COBB PLACE BLVD NW,   KENNESAW, GA 30144-3672
517802912*     +AARON SALES & LEASE OW,   1015 COBB PLACE BLVD NW,   KENNESAW, GA 30144-3672
517802913*     +AARON SALES & LEASE OW,   1015 COBB PLACE BLVD NW,   KENNESAW, GA 30144-3672
517802918*     +AES/KEYBANK,   POB 61047,   HARRISBURG, PA 17106-1047
517802919*     +AES/KEYBANK,   POB 61047,   HARRISBURG, PA 17106-1047
517802921*    ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: AMERICOLLECT INC,   1851 S ALVERNO ROAD,   MANITOWOC, WI 54221)
517802922*    ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: AMERICOLLECT INC,   1851 S ALVERNO ROAD,   MANITOWOC, WI 54221)
517802923*    ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: AMERICOLLECT INC,   1851 S ALVERNO ROAD,   MANITOWOC, WI 54221)
517802924*    ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: AMERICOLLECT INC,   1851 S ALVERNO ROAD,   MANITOWOC, WI 54221)
517802931*     +DISCOVER FIN SVCS LLC,   PO BOX 15316,   WILMINGTON, DE 19850-5316
517802933*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802934*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802935*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802936*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802937*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802938*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802939*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802941*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802943*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802945*     +FED LOAN SERV,   PO BOX 60610,   HARRISBURG, PA 17106-0610
517802940*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517802942*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517802944*     +FED LOAN SERV,   POB 60610,   HARRISBURG, PA 17106-0610
517802947*     +FIRST PREMIER BANK,   601 S MINNESOTA AVE,   SIOUX FALLS, SD 57104-4868
517802950*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802951*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802952*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802953*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802954*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802955*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802956*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802957*     +NAVIENT,   PO BOX 9500,   WILKES BARRE, PA 18773-9500
517802959*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802960*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802961*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802962*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802963*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802964*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802965*     +NAVIENT SOLUTIONS INC,   11100 USA PKWY,   FISHERS, IN 46037-9203
517802967*     +OCWEN LOAN SERVICING L,   1661 WORTHINGTON RD,   WEST PALM BEACH, FL 33409-6493
                                                                               TOTALS: 0, * 41, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin                Page 3 of 3           Date Rcvd: Mar 25, 2019
                              Form ID: 148               Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
               TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE
               PASS THROUGH CERTIFICATES, SERIES 2007-NC4 ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH
               CERTIFICATES, SERIES 2007-NC4 bkyefile@rasflaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Maria M Fairelough rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sindi   Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE
               REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC4 MORTGAGE PASS THROUGH
               CERTIFICATES, SERIES 2007-NC4 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```